258 So.2d 377

**PARISH NATIONAL BANK**

**v.**

**BOGALUSA SCHOOL BOARD and First State Bank and Trust Company.**

No. 52196.

March 3, 1972.

In re: First State Bank and Trust Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Washington, 256 So.2d 763.

Writ denied. No error of law.

258 So.2d 377

**AUDUBON INDEMNITY COMPANY**

**v.**

**LIBERTY MUTUAL INSURANCE COMPANY.**

No. 52207.

March 3, 1972.

In re: Audubon Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 256 So.2d 655.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.